## MARTÍNEZ *v.* EL PUEBLO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 96.—Resuelto en junio 18, 1907.

Resuelto por los fundamentos del caso No. 79, *Ex parte Hernández*, 12 Decisiones de Puerto Rico, página 1.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del tribunal.

Ante la corte de distrito del distrito judicial de Mayagüez presentó Don Martiniano Martínez Ohuviñas un escrito expresando que es dueño y que posee á título de tal, las fincas siguientes:

"I. Predio rústico á café, malezas y árboles frutales, sito en el barrio de Bucarabones del término municipal de las Marías y del de Maricao, por cruzarlo la línea divisoria de sus demarcaciones, compuesto de diez cuerdas de extensión, y dividido en dos fracciones; á saber: Una de siete cuerdas en el barrio de Bucarabones del término municipal de Maricao, colindante por el norte con tierras de la Sucesión de Don Bernardo Gaud, por Saliente con la otra fracción de la finca que se describe más adelante, por el sud con las de Don Emilio Arán y de la Sucesión Montás, y al Poniente, con tierras de Luciano Monsegur, existiendo en este punto una zanja divisoria. Existe en esta finca una casa para habitación y guardar el fruto, de maderas aserradas, que mide siete varas de frente por tres y media de fondo, techada de hierro galvanizado, con su pequeña cocina, y otra casita ordinaria de yaguas, con máquina y lavadero de hierro para el café. La otra fracción de tres cuerdas, sita en el barrio de Bucarabones, del término municipal de las Marías, linda al norte con tierras de la misma Sucesión de B. Gaud, al Saliente, con las de Don Eugenio Chaluisan, al sur, con las de la Sucesión Montás, y al poniente, con la otra fracción descrita, propiedad del Sr. Martínez.

"II. Prédio rústico á palmas de coco y árboles frutales, sito en el barrio de Algarrobos de este término municipal, compuesto de quince y media cuerdas de terreno alto, arenoso y bajura, lindante al Saliente

con tierras que fueron de Don Rosendo Prats, hoy de Don José Caji-
gas, al Poniente con las de Don Amalio Odiot y Martínez, divididas
por un caño llamado Boquilla, al norte con tierras de la Sucesión de
Don Antonio Roig, hoy de Don Eugenio Nadal, y al sud, con la Zona
Marítima; existiendo en este frente una casa de maderas del país
y americanas, de altos, con balcon, cocina y demás anexos, techada
con hierro galvanizado y tejas de barro.''

Manifiesta además el promovente en dicho escrito que la
primera finca de diez cuerdas la adquirió por compra á Lau-
reano Chaluisan, vecino de las Marías, el primero de mayo de
1903; que el Sr. Chaluisan la poseyó á título de dueño por
diez años, habiéndola adquirido, parte por herencia de su
abuela Madama Monsegur, y parte por compra á sus her-
manos Doña Inocencia, Doña Flora y Don Federico Cha-
luisan y Monsegur, desde el año 1895, teniendo un valor de
seiscientos dollars, ó sea, cuatrocientos cincuenta la primera
fracción y ciento cincuenta la segunda. La segunda finca la
adquirió el promovente desde abril de 1904, por compra á su
hermano Don Isaac F. Martínez, de Mayagüez, por la suma de
seiscientos dollars, el que la venía poseyendo desde el año
1896 en que la compró á Don Ulises Odiot. Expresa también
el promovente que ambas fincas están libres de carga y gravá-
men y que careciendo de título escrito de dominio, y deseando
inscribirlas en el registro de la propiedad, promueve la corres-
pondiente información testifical, y al efecto suplica al tribunal
que se sirva admitirla, previa citación del ministerio fiscal,
ordenar la citación de los anteriores dueños y la publicación
de edictos, con arreglo á derecho, convocando á los que se
crean con cualquier derecho real sobre los bienes de que se
trata, y dictar auto en su oportunidad con audiencia del fiscal,
declarando justificado el dominio de las fincas descritas,
librándose los correspondientes testimonios para su inscrip-
ción en el registro de la propiedad.

El fiscal del distrito de Mayagüez hizo oposición á la men-
cionada solicitud por el solo fundamento de que en la misma
no se expresa lo preceptuado en la regla primera del artículo

9 de la Ley Hipotecaria, faltándose también á lo prevenido en la regla 2ª. del artículo 63 del Reglamento para la aplicación de dicha ley.

Practicadas las pruebas ante la Corte de Distrito de Mayagüez, dictó ésta auto en 17 de septiembre de 1906, estimando que la ley y los hechos estaban á favor del peticionario y declarando en su virtud acreditado el dominio de los bienes descritos á favor de Don Martiniano Martínez Ohuviñas, con los demás pronunciamientos del caso.

El Fiscal de la Corte de Distrito de Mayagüez apeló de esa resolución para ante esta Corte Suprema, sosteniendo el recurso el fiscal de este tribunal.

La cuestión planteada en este expediente por la representación del Pueblo de Puerto Rico es idéntica á la ya resuelta por este tribunal en el caso de Agustín Hernández Mena, fallado en 17 de enero del corriente año; y por los fundamentos expresados en la opinion que sirvió de base á la referida resolución, proponemos la confirmación de la dictada en este caso por la Corte de Distrito de Mayagüez, en 17 de septiembre de 1906, sin especial condenación de costas.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.